| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>The Bank of New York Mellon FKA The Bank of New York, As Trustee for The Certificateholders of CWABS INC, Asset-Backed Certificates, Series 2007-1 | Order Filed on September 2, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Ana M. Hernandez,<br><br>Debtor. | Case No.: 19-22725 JKS<br>Adv. No.:<br>Hearing Date: 8/22/19 @ 8:30 a.m.<br>Judge: John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:      Ana M. Hernandez
Case No.:     19-22725 JKS
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, As Trustee for The Certificateholders of CWABS INC, Asset-Backed Certificates, Series 2007-1, holder of a mortgage on real property located at 826 Monroe Avenue, Elizabeth, NJ, 07201-1643, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, Ana. M. Hernandez, and for good cause having been shown;

  It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full through the Chapter 13 Plan, when filed; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim and notices of payment change; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.