RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Ana M. Hernandez** | : | CASE NO. 19-22725 |
| Debtor | : | HONORABLE JOHN K. SHERWOOD |

---

### ATTORNEY'S RESPONSE TO MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Ana M. Hernandez in this bankruptcy proceeding.

2. I was unable to reach the debtor to file an opposition in a timely manner.

3. I am submitting this response on behalf of the debtor respectfully requesting more time to resolve this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: <u>October 17, 2019</u>    /s/Russell L. Low
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor