Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−22725−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Ana M. Hernandez
 826 Monroe Avenue
 Elizabeth, NJ 07201

Social Security No.:
 xxx−xx−4574

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/20 at 10:00 AM

to consider and act upon the following:

**25** − Creditor's Certification of Default (related document:21 Motion for Relief from Co−Debtor Stay of Cesar Vargas filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al..., Motion for Relief from Stay re: 826 Monroe Ave, Elizabeth, NJ, 07201−1643. Fee Amount $ 181., 23 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee et al.... Objection deadline is 01/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**26** − Certification in Opposition to (related document:25 Creditor's Certification of Default (related document:21 Motion for Relief from Co−Debtor Stay of Cesar Vargas filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al..., Motion for Relief from Stay re: 826 Monroe Ave, Elizabeth, NJ, 07201−1643. Fee Amount $ 181., 23 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee et al.... Objection deadline is 01/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al...) filed by Russell L. Low on behalf of Ana M. Hernandez. (Low, Russell)

Dated: 1/17/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court