| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: _____<br>Chapter: 13<br>Hearing Date:<br>Judge: John K. Sherwood |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee for The Certificateholders of the CWABS INC, Asset-Backed Certificates, Series 2007-1 | |
| In re:<br>Ana M. Hernandez<br>　　　　　　Debtor<br>Cesar Vargas<br>　　　　　　Co-debtor(s), | |

Order Filed on February 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 14, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of  <u>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee for The Certificateholders of the CWABS INC, Asset-Backed Certificates, Series 2007-1</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 1055.A, Block 12,        826 Monroe Ave, Elizabeth NJ 07201**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.