Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−22725−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana M. Hernandez
   826 Monroe Avenue
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−4574

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: mg

                                                                               Jeanne Naughton
                                                                               Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                Case No. 19-22725-JKS
Ana M. Hernandez                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db             +Ana M. Hernandez,    826 Monroe Avenue,    Elizabeth, NJ 07201-1643
518324282      +AHS Hospital Corporation,    475 South Street,    PO Box 1905,   Morristown, NJ 07962-1905
518324285      +Hyat Hyat & Landau LLC,    Meridian Center I,    Two Industrial Way West,   PO Box 500,
                 Eatontown, NJ 07724-0500
518324287      +Lyons,Doughty&Veldhuis.PC,    136 Gaither Drive suite 100,    PO Box1269,
                 Mount Laurel, NJ 08054-7269
518324289      +Parker McCay, P.A.,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
518324291      +QUALITY ASSET RECOVERY,    ATTN: BANKRUPTCY,    PO BOX 239,   GIBBSBORO, NJ 08026-0239
518324293      +SPECIALIZED LOAN SERVICING/SLS,     ATTN: BANKRUPTCY DEPT,    8742 LUCENT BLVD #300,
                 HIGHLANDS RANCH, CO 80129-2386
518384591      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
518381788      +EDI: ATLASACQU.COM Mar 05 2020 04:08:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518324283      +EDI: CAPITALONE.COM Mar 05 2020 04:13:00      CAPITAL ONE,   ATTN: BANKRUPTCY,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
518348141      +EDI: AIS.COM Mar 05 2020 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518370515       EDI: BL-BECKET.COM Mar 05 2020 04:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518324284      +EDI: BLUESTEM Mar 05 2020 04:13:00      FINGERHUT,   ATTN: BANKRUPTCY,    PO BOX 1250,
                 SAINT CLOUD, MN 56395-1250
518324286      +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 23:38:37      KOHLS/CAPITAL ONE,
                 KOHLS CREDIT,   PO BOX 3120,    MILWAUKEE, WI 53201-3120
518324288      +EDI: MID8.COM Mar 05 2020 04:08:00      MIDLAND FUNDING,    2365 NORTHSIDE DR STE 300,
                 SAN DIEGO, CA 92108-2709
518419000      +EDI: MID8.COM Mar 05 2020 04:08:00      Midland Funding LLC,    Po Box 2011,
                 Warren MI 48090-2011
518431104      +EDI: CBS7AVE Mar 05 2020 04:13:00      Monroe & Main,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518324290      +EDI: PRA.COM Mar 05 2020 04:08:00      PORTFOLIO RECOVERY,    PO BOX 41021,
                 NORFOLK, VA 23541-1021
518420880      +E-mail/Text: bncmail@w-legal.com Mar 04 2020 23:39:21      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
518326436      +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518324292       ##+SECURITY CHECK,    ATTN: BANKRUPTCY DEPT,    2612 JACKSON AVE W,   OXFORD, MS 38655-5405
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Ana M. Hernandez ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```