Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                         Case No.:  19−22725−JKS
                                                         Chapter:  13
                                                         Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ana M. Hernandez
    826 Monroe Avenue
    Elizabeth, NJ 07201

Social Security No.:
    xxx−xx−4574

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 15, 2020</u>                    <u>John K. Sherwood</u>
                                                            Judge, United States Bankruptcy Court